**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Andres-Suarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1238 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| ALEXANDER ANDRES-SUAREZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: April 28, 2008         /s/ *Timothy R. Garrison*
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              Timothy_Garrison@fd.org

1  **CERTIFICATE OF SERVICE**

2  Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4  Courtesy Copy to Chambers

5  Copy to Assistant U.S. Attorney via ECF NEF

6  Copy to Defendant

7  Dated: April 28, 2008          /s/ *Timothy R. Garrison*
                                  Federal Defenders of San Diego, Inc.
8                                 225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
9                                 (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
10                                Timothy_Garrison@fd.org (email)